DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TODD JAMES ALCHIN, LORI ANN ALCHIN, HENRY J. FIORILLO, DARLENE J. HORSFIELD, RICHARD W. KEEFE,** and **CAROLANN SHARKEY,**
Appellants,

v.

**EL MAR CONDOMINIUM ASSOCIATION, INC,** a
Florida not-for-profit corporation,
Appellee.

No. 4D21-1587

[March 17, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. 062020CA016729AXXXCE.

Joshua I. Gornitsky of Searles, Sheppard & Gornitsky, PLLC, Fort Lauderdale, for appellants.

Gerard S. Collins and Jay S. Levin of Kaye Bender Rembaum, P.L., Pompano Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GERBER and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***